# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIDLEY AUSTIN (DC) LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 20-1871 (RBW) |
| | ) | |
| CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 18, 2021, the Court scheduled a status conference for October 29, 2021.  See Min. Order (Oct. 18, 2021).  However, on October 29, 2021, the defendant's counsel failed to appear for the status conference.  Accordingly, it is hereby

**ORDERED** that, on or before November 3, 2021, the defendant's counsel shall **SHOW CAUSE** in writing as to why he failed to appear at the October 29, 2021 status conference.  It is further

**ORDERED** that the status conference previously scheduled for October 29, 2021, is **CONTINUED** to November 3, 2021, at 11:00 a.m.  The parties shall appear via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 29th day of October, 2021.

REGGIE B. WALTON<br>
United States District Judge